THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEWIS. WOLFE, Appellant.

Submitted January 5, 1948; decided January 15, 1948.

*Miles F. McDonald, District Attorney* (*David Diamond* of counsel), for motion.

*Julius L. Goldstein* opposed.

Motion granted and appeal dismissed.